UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

IN RE: 23'TRITOON PONTOON BOAT
SEA BREEZE #232

SUNTEX MARINA INVESTORS, LLC.,
SNOOK BIGHT HOLDINGS, LLC
ST SNOOK BIGHT, LLC
SNOOK BIGHT SMI OpCo ,LLC
And SMI TRS OpCo, LLC
as Owners

CASE NO.:

Petitioners.

## VERIFIED COMPLAINT FOR
## EXONERATION FROM OR LIMITATION OF LIABILITY

**COMES NOW**, SUNTEX MARINA INVESTORS, LLC ("Suntex"), and its relevant wholly owned subsidiaries and related entities, including but not limited to Snook Bight Holdings, LLC, ST Snook Bight, LLC, Snook Bight SMI OpCo, LLC ("Snook Bight") and SMI TRS OpCo, LLC ("SMI"), as owners of the 23' Tritoon Pontoon Boat, identified as Sea Breeze #232 , bearing Florida Registration Number FL1632RH ("Sea Breeze #232") and pursuant to the provisions of 46 U.S.C. §30501 *et seq*. and Supplemental Rule F, hereby petitions this Court for **exoneration from or, in the alternative, for limitation of liability as to the value of the interest** of the Petitioners in said vessel for all personal injury and property damage claims arising out of an incident involving the subject vessel on or about July 27, 2018 in navigable waters within the State of Florida, and as grounds therefore states:

1. This action arises within the Admiralty and Maritime Jurisdiction of this Court within the meaning of Federal Rule of Civil Procedure 9(h) as more fully set forth below and is brought by Petitioners pursuant to the terms of the Limitation of Liability Act; 46 U.S.C. §30501 et seq. and

Federal Rules of Civil Procedure Supplemental Rule F governing Limitation of Liability Actions.

2. This petition is timely filed, pursuant to Supplemental Rule F, within six (6) months of receiving written notice of a potential claim in excess of the value of the vessel post casualty and her pending freight arising out of the subject incident.

3. Subject matter jurisdiction of this matter arises under 28 U.S.C. §1333.

4. The events, acts, and circumstances giving rise to this action occurred on the navigable waters of the United States during traditional maritime activity.

5. Petitioners, including but not limited to any of their related and/or subsidiary corporations and entities ("Petitioners"), seek to claim and invoke rights, privileges, remedies and procedures of the ship-owners Limitation of Liability Act, Title 46 U.S. Code §30501 et seq.

6. At all times material hereto, Petitioner, Suntex Marina Investors LLC, is a Florida registered Foreign Limited Liability Company with its principal address as 17330 Preston Rd, Suite 220A, Dallas, Texas 75252 and owner of the Tritoon Pontoon, Sea Breeze #232, Florida Registration Number FL1632RH.

7. At all times material hereto, Petitioner, Snook Bight Holdings LLC, is a Florida registered Foreign Limited Liability Company with its principal address as 17330 Preston Rd, Suite 220A, Dallas, Texas 75252 and owner of the Tritoon Pontoon, Sea Breeze #232, Florida Registration Number FL1632RH within the meaning of 46 U.S.C. §30501 et seq.

8. At all times material hereto, Petitioner, ST Snook Bight, LLC, is a Florida Foreign Limited Liability Company with its principal address at 17330 Preston Road Suite 220A Dallas, TX 75252, and owner of the Tritoon Pontoon, Sea Breeze #232, Florida Registration Number FL1632RH within the meaning of 46 U.S.C. §30501 et seq. and is in the business of marina management which includes renting recreational vessels for leisure purposes at Snook Bight Marina, located at

4765 Estero Boulevard, Fort Myers Beach, FL 33931 (hereinafter referred to as "Snook Bight Marina" and/or "Marina").

9. At all times material hereto, Petitioner, SMI TRS OpCo, LLC, is a Florida Foreign Limited Liability Company with its principal address at 17330 Preston Road Suite 220A Dallas, TX 75252, and owner of the Tritoon Pontoon, Sea Breeze #232, Florida Registration Number FL1632RH.

10. At all times material hereto, Petitioner, Snook Bight SMI OpCo, LLC, is a Florida Foreign Limited Liability Company with its principal address at 17330 Preston Road Suite 220A Dallas, TX 75252, and owner of the Tritoon Pontoon, Sea Breeze #232, Florida Registration Number FL1632RH within the meaning of 46 U.S.C. §30501 et seq.

11. Petitioner Snook Bight Holdings, LLC is wholly owned by Suntex Marina Investors LLC.

12. Petitioner ST Snook Bight, LLC is wholly owned by Snook Bight Holdings, LLC.

13. Petitioner SMI TRS OpCo LLC is wholly owned by Suntex Marina Investors LLC.

14. Petitioner Snook Bight SMI OpCo, LLC is wholly owned by Suntex Marina Investors LLC.

15. On or about June 30, 2014 ST Snook Bight, LLC purchased certain assets of Snook Bight Marina, LLC including Snook Bight Marina & Yacht Club (Snook Bight).

16. On or about September 1, 2016, Suntex Marina Investors LLC acquired Snook Bight Holdings, LLC.

17. On or around March 9, 2017, Petitioners' SMI and Suntex purchased the Sea Breeze #232 from a third party and had it shipped to Snook Bight Marina & Yacht Club 4765 Estero Boulevard, Fort Myers Florida 33931.

18. At all times material and relevant to this action, Snook Bight and/or any or all of the above-referenced Petitioners, including but not limited to any of their related and/or subsidiary corporations and entities, retained control and possession of the Sea Breeze #232 within

the meaning of 46 U.S.C. §30501 et seq.

19. At all times material hereto, the Sea Breeze #232 is a recreational charted vessel bearing the Florida Registration Number FL1632RH and Hull Identification Number HAMC8391A717, located on the navigable waters within the borders of the State of Florida and the vessel was being operated at the time of the alleged incident near navigable waters of Fort Myers Beach, Florida.

20. Prior to and at all times hereinafter described, the Petitioners exercised due diligence to make the vessel seaworthy in all respects and to properly equip and supply the vessel with suitable engines, machinery, apparel, appliances, and other appropriate and necessary equipment, all in good order and condition and suitable for their intended operations.

21. At all times material prior to the casualty, the Sea Breeze #232 was, in all respects, seaworthy and properly equipped and supplied with suitable engines, machinery, apparel, appliances, and other appropriate and necessary equipment, all in good order and condition and suitable for their intended operations.

22. On or about <u>July 27, 2018</u>, on or around 8:15 a.m., Ms. Erica Hahn came into Snook Bight Marina accompanied with Ms. Emily Irvine and two male companions looking to rent a vessel for half a day.

23. They elected to rent a 23' Tritoon for half a day.

24. Ms. Hahn was advised that no person under twenty-five (25) years of age could rent or operate the vessel. Snook Bight Marina then specifically reiterated to Ms. Hahn that that no one under twenty-five (25) could drive the vessel.

25. After renting the vessel, Ms. Hahn and her three companions walked over to the floating dock where the Sea Breeze #232 was moored.

26. The deck hand for Snook Bight Marina led Ms. Hahn and her party to the Sea Breeze #232 and spent several minutes reviewing the safety features and basic operation of the vessel with Ms. Hahn and her party.

27. On or around 11:30 a.m., Snook Bight Marina received a phone call from Florida Fish & Wildlife Conservation ("FWC") and was informed that a woman had fallen into the navigable waters and was struck by the propeller of Sea Breeze #232.

28. In response to FWC phone call, Snook Bight Marina dispatched one of its best mechanics to meet FWC at the accident site to assist FWC with their investigation of the incident.

29. FWC informed Snook Bight Marina that one of the young males under twenty-five (25) was operating the vessel when Ms. Irvine was injured by the propeller.

30. Upon information and belief, Emily Irvine was sitting on the bow of the vessel with her feet dangling in the water as the vessel moved forward above wake speed in total and clear disregard of the rental agreement, explicit warning instructions given by **Snook Bight Marina, and warning signs posted on or around the vessel.**

31. Emily Irvine disregarded all safety and warning instructions to her own detriment and consequently, she fell overboard and was dragged under the vessel, run over by the vessel, only to surface at the rear of the vessel after being struck by the propeller.

32. As a result of Ms. Irvine's impact with the Sea Breeze #232's propeller, Ms. Irvine sustained a deep laceration to her right thigh and loss of blood.

33. Any personal injuries sustained by Ms. Irvine or by any other individual(s) or entity occurred through no fault or negligence by Petitioners as it is clear Irvine disregarded all safety and warnings posted on the vessel. Additionally, per the FWC report, Hahn allowed an individual under the age of twenty-five (25) years old to operate the vessel in navigable

waters, which was in direct conflict with the instructions provided by the Marina.

34. The incident involving the Sea Breeze #232 on July 27, 2018 and any consequential loss, damage or injury to any vessel, property or persons resultant therefrom, was not caused or contributed to by any fault, neglect, want of care or design on the part of the Petitioners or anyone for whom the Petitioners may be legally responsible.

35. Any damage and/or injury sustained during the incident involving the Sea Breeze #232 on July 27, 2018 occurred without the privity or knowledge of Petitioners within the meaning of 46 U.S.C. §30505.

36. Upon information and belief, Petitioners aver the anticipated total amount of these expected claims, in addition to any further claims which may be brought against Petitioners, will exceed the post-loss value of the vessel with no freight, which is no more than **$34,700.00.**

37. Petitioners invoke the benefits of the provisions of Section 30501 et seq. of Title 46, United States Code and Supplemental Rule F, Federal Rules of Civil Procedure, in this proceeding by reason of the facts and circumstances set forth above. Petitioners further desire to contest their liability and the liability of the vessel, to any extent whatsoever for any and all loss, destruction, damage, death and injury caused by or resulting from the incident described above, and to be exonerated from all such liability.

38. By reason of the aforesaid, if any liability should be adjudged and imposed upon Petitioners, then said Petitioners are entitled to Limitation of and/or Exoneration from said liability pursuant to Section 30505 et seq. of Title 46 United States Code.

39. Based upon the post-loss value of the vessel of $34,700.00, Petitioners will file an *Ad Interim* Stipulation of value in the amount of $34,700.00.

40. Pursuant to the provisions of Supplemental Rules F(3) and F(4), Petitioners respectfully move this Court to issue an injunction to enjoin the further prosecution of any state court or other actions or proceedings against the Petitioners or the Petitioners' property with respect to any claims subject to Limitation in this action and to issue a monition and admonish all persons asserting claims with respect to this cause to file the respective claims and answers on or before thirty (30) days from the date of the notice issued by the Court.

41. The subject vessel has not been arrested or attached to answer for any claim in any District. The Petitioners and the Sea Breeze #232 with Florida Registration Number FL1632RH remain within the territorial limits of the United States District Court for the Middle District of Florida. Accordingly, venue is proper in the Middle District pursuant to Supplemental Rule F(9).

WHEREFORE Petitioners, SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC, and including but not limited to any of their related and/or subsidiary corporations and entities, respectfully request the following:

A. That this Court issue a notice and monition to all persons asserting claims with respect to which this Verified Complaint seeks exoneration or limitation admonishing them to file their respective claims with the Clerk of this Court and to serve on attorneys for SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC a copy thereof on or before a date to be named in the notice, and if any claimants desire to contest either the right to exoneration from or the right to limitation of liability, that claimants shall file and serve an answer to the Verified Complaint, on or before said date, unless their claim is included in an answer, so designated;

B. That this Court restrain, stay and enjoin the further prosecutions of any and all actions suits, or proceedings already commenced, if any, and the commencement or prosecution thereafter of any and all actions, suits, or proceedings of any nature or description whatsoever in any jurisdiction against SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC including but not limited to any of their related and/or subsidiary corporations and entities, or against the vessel, or against any property of SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC, including but not limited to any of their related and/or subsidiary corporations and entities, except in this action, to recover damages for or in respect of any loss, damage, injury, or destruction caused by or resulting from the incident on the Sea Breeze #232 with Florida Registration Number FL1632RH;

C. That this Court adjudge that SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC including but not limited to any of their related and/or subsidiary corporations and entities, is/are not liable to any extent for any loss, damage, injury or destruction or for any claim in any way arising out of or resulting from the incident on the Sea Breeze #232;

D. That if SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC, including but not limited to any of their related and/or subsidiary corporations and entities, be adjudged liable as owner(s) of the Sea Breeze #232, then any such liability be limited to the amount or value of its interest in the vessel and its pending freight, if any, at the time of the loss and that SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC, including but not limited to any of their related and/or subsidiary

corporations and entities, be discharged therefrom on the surrender of such interest, divided *pro rata* according to the applicable law and rules among such claimants as may prove their claims before this Court, and that judgement may be entered discharging SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC, including but not limited to any of their related and/or subsidiary corporations and entities, as owners of the Sea Breeze #232, and the Sea Breeze #232, *in rem*, from all further liability; and.

E. That SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, Snook Bight SMI OpCo, LLC including but not limited to any of their related and/or subsidiary corporations and entities, be awarded such other or further relief that this Court may deem just and proper.

[Verified Signature(s) on the Following Page(s)]

*Respectfully submitted,*

**SIOLI ALEXANDER PINO**
Counsel for Petitioners
SUNTEX MARINA INVESTORS LLC, Snook Bight Holdings, LLC, ST Snook Bight, LLC, SMI TRS OpCo, LLC, and Snook Bight SMI OpCo, LLC,
9155 S. Dadeland Blvd, Suite 1600
Miami FL, 33156
305.428.2470 (O) | 305.428.2471 (F)

By: ___/s/ *Frank Sioli*___
Frank J. Sioli, Esq.
Florida Bar No: 009652
FSioli@siolilaw.com
Efrain Carlos, Esq.
Florida Bar No: 525804
ECarlos@siolilaw.com

## VERIFICATION AND DECLARATION UNDER OATH

STATE OF Texas

COUNTY OF Collin

BEFORE ME, the undersigned authority, personally appeared CHRIS PETTY, who was duly sworn and that he has read the foregoing Verified Complaint and is familiar with its contents, which are true to the best of his knowledge, information, and belief. The sources of this information and grounds for his belief are his personal knowledge of the vessel and incident concerning the circumstances and facts set forth in the Verified Complaint.

_____
PRINCIPAL & Auth Rep.
SUNTEX MARINA INVESTORS LLC

The foregoing instrument is acknowledged before me this 5 day of February, 2019, by CHRIS PETTY on behalf of SUNTEX MARINA INVESTORS LLC:

___✓___ personally known by me; or

_____ produced the following identification:

_____

PAM A MYERS
Notary ID # 130872402
My Commission Expires
October 24, 2020

NOTARY PUBLIC, State of Texas

_Pam A. Myers_
Pam A. Myers
Printed Name

Commission

## VERIFICATION AND DECLARATION UNDER OATH

STATE OF ___Texas___

COUNTY OF ___Collin___

    BEFORE ME, the undersigned authority, personally appeared CHRIS PETTY, who was duly sworn and that he has read the foregoing Verified Complaint and is familiar with its contents, which are true to the best of his knowledge, information, and belief. The sources of this information and grounds for his belief are his personal knowledge of the vessel and incident concerning the circumstances and facts set forth in the Verified Complaint.

_____
PRINCIPAL & Auth Rep.
Snook Bight Holdings, LLC

    The foregoing instrument is acknowledged before me this ___5___ day of February, 2019, by CHRIS PETTY on behalf of SNOOK BIGHT HOLDINGS, LLC:

___✓___ personally known by me; or

_____ produced the following identification:

_____



PAM A MYERS
Notary ID # 130872402
My Commission Expires
October 24, 2020

NOTARY PUBLIC, State of ___Texas___

___Pam A. Myers___
___Pam A. Myers___
                 Printed Name

Commission

## VERIFICATION AND DECLARATION UNDER OATH

STATE OF Texas

COUNTY OF Collin

BEFORE ME, the undersigned authority, personally appeared CHRIS PETTY who was duly sworn and that he has read the foregoing Verified Complaint and is familiar with its contents, which are true to the best of his knowledge, information, and belief. The sources of this information and grounds for his belief are his personal knowledge of the vessel and incident concerning the circumstances and facts set forth in the Verified Complaint.

_____
PRINCIPAL & Auth Rep
ST Snook Bight, LLC

The foregoing instrument is acknowledged before me this 5 day of February, 2019, by CHRIS PETTY on behalf of ST SNOOK BIGHT, LLC

✓ personally known by me; or

____ produced the following identification:

_____

PAM A MYERS
Notary ID # 130872402
My Commission Expires
October 24, 2020

NOTARY PUBLIC, State of Texas

Pam A. Myers
_____
Pam A Myers.
Printed Name

Commission

## VERIFICATION AND DECLARATION UNDER OATH

STATE OF _Texas_

COUNTY OF _Collin_

    BEFORE ME, the undersigned authority, personally appeared JEFF STUKEL who was duly sworn and that he has read the foregoing Verified Complaint and is familiar with its contents, which are true to the best of his knowledge, information, and belief. The sources of this information and grounds for his belief are his personal knowledge of the vessel and incident concerning the circumstances and facts set forth in the Verified Complaint.

_____
PRINCIPAL & Auth Rep
Snook Bight SMI OpCo, LLC

    The foregoing instrument is acknowledged before me this __5__ day of February, 2019, by CHRIS PETTY on behalf of Snook Bight SMI, OpCo, LLC.

__✓__ personally known by me; or

_____ produced the following identification:

_____

PAM A MYERS
Notary ID # 130872402
My Commission Expires
October 24, 2020

NOTARY PUBLIC, State of _Texas_

_Pam A. Myers_
_Pam A. Myers_
Printed Name

Commission

## VERIFICATION AND DECLARATION UNDER OATH

STATE OF TEXAS

COUNTY OF COLLIN

    BEFORE ME, the undersigned authority, personally appeared CHRIS PETTY, who was duly sworn and that he has read the foregoing Verified Complaint and is familiar with its contents, which are true to the best of his knowledge, information, and belief. The sources of this information and grounds for his belief are his personal knowledge of the vessel and incident concerning the circumstances and facts set forth in the Verified Complaint.

                                                                                             /s/ Chris Petty
                                                                     PRINCIPAL & Auth Rep.
                                                                     SMI TRS OpCo, LLC

    The foregoing instrument is acknowledged before me this __5__ day of February, 2019, by CHRIS PETTY, on behalf of SMI TRS OpCo, LLC:

__✓__ personally known by me; or

_____ produced the following identification:

_____

PAM A MYERS
Notary ID # 130872402
My Commission Expires
October 24, 2020

NOTARY PUBLIC, State of __Texas__

_/s/ Pam A. Myers_

Pam A. Myers
                                              Printed Name

Commission