UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF:

SUNTEX MARINA INVESTORS, LLC,
SMI TRS OpCo LLC,
SNOOK BIGHT HOLDINGS, LLC,
ST SNOOK BIGHT LLC,
SNOOK BIGHT SMI OpCo, LLC,
for Exoneration and/or Limitation of Liability
as the owner of the Tritoon Pontoon identified
as Sea Breeze #232, its engine, tackle,
appurtenances, etc.,

    Petitioners.
_____/

CASE NO: 2:19-cv-00080-SPC-MRM

## MONITION

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA AT FORT MYERS:

GREETINGS:

WHEREAS, a Complaint was filed in the United States District Court for the Middle District of Florida in Fort Myers, Florida on February 7, 2019, by Suntex Marina Investors, LLC and its subsidiaries and entities, as Owners of the 23' Tritoon Pontoon Boat identified as Sea Breeze #232 bearing Florida Registration Number FL1632RH, for exoneration from or limitation of liability, praying for exoneration from or limitation of their liability concerning any and all loss, damage, injury, death or destruction caused by or arising out of the incident set forth in the Complaint, for the reasons and causes in said Complaint mentioned, and praying that a monition

and injunction for those reasons be issued, and that all persons and corporations claiming any loss, damage, injury, death or destruction caused by or resulting from the casualty set forth in the Complaint be cited to appear and file their respective claims with the Clerk of this Court, and to make due process thereof and citing them to file their answers to the Complaint and all the proceedings to be had, and if it shall appear that the Plaintiff is not liable for any loss, damage, injury, death or destruction, it may be so finally decreed by this Court.

YOU ARE THEREFORE COMMANDED TO CITE ALL PERSONS OR CORPORATIONS, to file their respective claims with the Clerk of this Court and to serve on or to mail to the attorney for the Plaintiff copies thereof on or before May 8, 2019, citing such Claimants to appear and answer the Complaint herein on or before the last named day or within such further time as the Court may grant and what you have done in the premises do you then make return to the Court together with this Writ.

**DONE AND ORDERED** in Fort Myers, Florida on March 8, 2019.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record